*In the Matter of the Marriage of* DANIEL J. HARLAN, *Appellant, and* MARY LOUISE HARLAN, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. D–95694, Frank H. Roberts, Jr., J., entered

November 1, 1977. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Swanson, JJ.